STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

FILED

Oct 12 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>ABRAHAM CRUZ-ARTEAGA,<br>    Defendant. | CASE NO. 3:22-CR-391 WHO-3<br><br>[~~PROPOSED~~] DETENTION ORDER |

On October 4, 2022, defendant Abraham Cruz-Arteaga was charged by Indictment with Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) and Unlawful Use of a Communications Facility, in violation of 21 U.S.C. § 843(B).

This matter came before the Court on October 7, 2022, for a detention hearing. The defendant was present and represented by Defense Counsel Mark Goldrosen. Assistant United States Attorney Charles Bisesto appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of

conditions will reasonably assure the appearance of the defendant as required. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: Defendant Cruz-Arteaga has significant ties to his country of origin, Honduras, specifically his parents, siblings and children all reside there. He has limited ties to the local community or to the United States. There is therefore no reason for him to stay if he is released. From the bail report it appears that the defendant declined to provide Pretrial Services with either the address he is living at now or any other address he has lived at in the United States, emphasizing the futility of pretrial supervision. While the Court appreciates Ms. Diaz's willingness to be a co-signer and custodian, the Court does not believe that she exercises sufficient moral suasion over the defendant. There is no condition or combination of conditions that will reasonably assure the defendant's appearance before the Court for future proceedings. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: October 12, 2022

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge